UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-03141-JHN-AGRx | Date | July 1, 2010 |
|---|---|---|---|
| Title | Tu Nguyen v. Bank of America, N.A. et al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER GRANTING MOTION TO SET ASIDE DEFAULT JUDGMENT
(In Chambers)

On June 16, 2010, Defendant NDEx West, LLC ("NDEx") filed a Motion to Set Aside Entry of Default Judgment ("Motion") (Docket No. 28).  The Court has read and considered the Motion and deems this matter appropriate for decision without oral argument.  *See* Fed. R. Civ. P. 78(b); Local Rule ("L.R.") 7-15.  Accordingly, the hearing set for July 19, 2010 is removed from the Court's calendar.

Plaintiff was required to file an opposition under L.R. 7-9.  Failure to do so may be deemed consent to the granting of the motion.  *See* L.R. 7-12.  The Court hereby deems Plaintiff's failure to file a written opposition as consent to the granting of the Motion.  The Court also finds good cause to set aside the entry of default judgment.

For these reasons, the Court GRANTS the Motion and sets aside the entry of default judgment.

IT IS SO ORDERED.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |