JS-6

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TU NGUYEN, an Individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Bank of America, N.A., Successor By Merger to LaSalle Bank, N.A.; NDEx West, L.L.C.; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO.: **2:10-cv-03141-JHN-AGRx**<br><br>**JUDGMENT** |

This matter having been adjudicated in-chambers without argument prior to the August 30, 2010 hearing date, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT defendant NDEx West, LLC's ("NDEx") motion for judgment on the pleadings is granted and that judgment be entered in favor of all defendants, including NDEx and Bank of America, on plaintiff Tu Nguyen's 1st, 2nd & 3rd claims,

IT IS FURTHER ORDERED that NDEx is not awarded its attorneys' fees and costs.

Dated: August 25, 2010

By: _____
HON. JACQUELINE H. NGUYEN
Judge for the U.S. District Court for the
Central District of California, Western
Division

Respectfully Submitted
August 25, 2010

s/Thomas K. Agawa
Thomas K. Agawa, Esq. [SBN 175952]
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
Tel: (626) 371-7032
E: ThomasA@BDFGroup.com