Name  Nguyen H. Nguyen / SBN 213366
Address  15361 Brookhurst Street, Suite 205
City, State, Zip  Westminster, CA 92683
Phone  714-775-4529
Fax  714-775-4527
E-Mail  nhn97@aol.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Tu Nguyen, an Individual, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 2:10-cv-03141-JHN-AGRx |
| v. | |
| Bank Of America, N.A., Successor By Merger to Lasalle Bank, N.A.; NDEx West, LLC.; and DOES 1 through 50, DEFENDANT(S). | **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____ Tu Nguyen _____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
Granted Def. NDEx's Mot. for Jmt. On The PLEADINGS IN FAVOR OF ALL DEFENDANTS.
☐ Other (specify):

☐ Bail status:

Imposed or Filed on ___August 25, 2010___. Entered on the docket in this action on August 25, 2010.

A copy of said judgment or order is attached hereto.

September 5, 2010
Date                                    Signature
                                        ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TU NGUYEN, an Individual,<br><br>    Plaintiff,<br><br>v.<br><br>Bank of America, N.A., Successor By Merger to LaSalle Bank, N.A.; NDEx West, L.L.C.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO.: **2:10-cv-03141-JHN-AGRx**<br><br>**JUDGMENT** |

This matter having been adjudicated in-chambers without argument prior to the August 30, 2010 hearing date, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT defendant NDEx West, LLC's ("NDEx") motion for judgment on the pleadings is granted and that judgment be entered in favor of all defendants, including NDEx and Bank of America, on plaintiff Tu Nguyen's 1st, 2nd & 3rd claims,

IT IS FURTHER ORDERED that NDEx is not awarded its attorneys' fees and costs.

Dated: August 25, 2010

By: /s/ Nguyen
HON. JACQUELINE H. NGUYEN
Judge for the U.S. District Court for the Central District of California, Western Division

Respectfully Submitted
August 25, 2010

s/Thomas K. Agawa
Thomas K. Agawa, Esq. [SBN 175952]
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
Tel: (626) 371-7032
E: ThomasA@BDFGroup.com